UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON N. DAILEY,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY SHERIFF, et al.,<br><br>  Defendants. | No.  2:23-cv-00788-TLN-CKD P<br><br><br><br>ORDER |

Plaintiff is a former county inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On December 19, 2023, the court issued Findings and Recommendations to dismiss this action without prejudice for plaintiff's failure to prosecute.  ECF No. 8.  Plaintiff filed an opposition which the court construes as objections to the Findings and Recommendations.  ECF No. 9.  Plaintiff also filed a notice of change of address on January 12, 2024.  ECF No. 10.  In light of plaintiff's objections and her notice of change of address, the court will vacate its Findings and Recommendations and re-set the deadline for plaintiff to file an amended complaint in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on December 19, 2023 (ECF No. 8) are vacated.
2. The court sua sponte extends the deadline for filing an amended complaint.

1

3. Plaintiff may file a first amended complaint no later than February 19, 2024.

4. The failure to file an amended complaint within the extended deadline will result in a recommendation that this action be dismissed.

Dated: January 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/dail0788.vacate+eot